UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | |
| v. | No. 1:21-cr-00497 (WFK) |
| JOSHUA MARKOVICS, Defendant. | **ORDER EXONERATING BOND** |

Upon the application of the defendant Joshua Markovics, by letter of his attorney, Alan Vinegrad, dated November 17, 2026, and with no opposition thereto, it is hereby

ORDERED that:

1. Joshua Markovics, Ethel Markovics and Cheskel Rubin are hereby exonerated of any further obligations and liabilities under the appearance bond issued in the above-captioned matter (ECF No. 33), pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

2. The real property used to secure the appearance bond, located at 881 East 13th Street, Brooklyn, N.Y. (owned by Ethel Markovics) and 1208 Avenue I, Brooklyn, N.Y. (owned by Cheskel Rubin), need no longer be used or held as security for such bond.

3. Ethel Markovics and Cheskel Rubin, or their respective agents, may seek to have their property released from the foregoing lien in accordance with any procedures required by the applicable local authority, without any further action required by this Court.

4. Mr. Markovics' passport, currently in the custody of the U.S. Pre-Trial Services Agency, be returned to his counsel, Alan Vinegrad, Esq., on Mr. Markovics' behalf.

SO ORDERED.

Dated: Brooklyn, New York

________________________

______________________________________

THE HONORABLE WILLIAM F. KUNTZ II
UNITED STATES DISTRICT JUDGE